UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

DEBORAH GLOVER, *on behalf of herself and those similarly situated*,

                              Plaintiff,

          -against-

MERRICK BANK;
and JOHN DOES 1 to 10,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No.:

Superior Court of New Jersey
Law Division, Essex County
Docket No.: ESX-L-003374-24

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Merrick Bank, by its attorneys, Duane Morris LLP, hereby removes the above-entitled action, originally filed in the Superior Court of the State of New Jersey, Law Division, Essex County, to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §§ 1441, 1446, and 1331.

1.     Plaintiff Deborah Glover has commenced an action against Merrick Bank in the Superior Court of the State of New Jersey, Law Division, Essex County, entitled, Deborah Glover *on behalf of herself and those similarly situated* v. Merrick Bank, Docket No. ESX-L-003774-24. The action was commenced on June 3, 2024. A true and correct copy of Plaintiff's Class Action Complaint is annexed hereto as Exhibit A.

2.     Merrick Bank has not answered, moved or otherwise responded to the Complaint and its deadline to do so has not expired.

3.     Pursuant to 28 U.S.C. §1331, this Court has jurisdiction over this action because the action involves a claim brought under the laws of the United States, specifically, the Complaint pleads a single cause of action for alleged violations of 15 U.S.C. § 1681, *et seq.*, commonly known as the Fair Credit Reporting Act.

1042566_1

4.      This Notice of Removal is filed within thirty (30) days of the receipt of the

Summons and Complaint by Defendant as required by 28 U.S.C. § 1446(b).

5.      Venue is proper pursuant to 28 U.S.C. § 1441(a) because this Court is "the district

of the United States for the district and division within which such action is pending."

6.      Defendant will promptly file a copy of this Notice of Removal with the Clerk of

the Superior Court of the State of New Jersey, Law Division, Essex County.

Dated: New York, New York
       June 18, 2024


                                        DUANE MORRIS LLP


                                        By: _____
                                            Walter A. Saurack
                                        *Attorneys for Defendant*
                                        *Merrick Bank*
                                        230 Park Avenue, Suite 1130
                                        New York, New York 10168
                                        (212) 818-9200
                                        wasaurack@duanemorris.com


To:    Kim Law Firm LLC
       Attn: Yongmoon Kim, Esq.
       411 Hackensack Avenue, Suite 701
       Hackensack, New Jersey 07601
       *Attorneys for Plaintiff*